## UNITED STATES FIDELITY & GUAR CO v SAVOY GRILL, Inc et

Ohio Appeals, 9th Dist, Summit Co

No 2693. Decided Feb 26, 1936

Waters, Andress, Wise, Roetzel & Maxon, Akron, for plaintiff in error.

Harris & Subrin, Akron, for defendant in error Savoy Grill, Inc.

Naef & McIntosh, Akron, for defendant in error The George J. Renner Property Co.

Charles Sacks, Akron, for defendant in error Matthew Wiseman. Admr., etc.

For full opinion see 51 Oh Ap 504.